

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

February 9, 2026

**By ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



     Re:    *Dawson v. Beebe, et al.*, 24-cv-1548 (KPF)

Dear Judge Failla:

     I write on behalf of Defendant Nancy Rivera, with the consent of all parties, to respectfully request an adjournment of the conference scheduled for February 19, 2026. The reason for this request is because I will be supervising a trial scheduled for February 17, 2026 through February 20, 2026, before Judge Rochon (in the matter of *Milton v. Rehman, et al.*, 19-cv-2770 (JLR)(OTW)). The parties have conferred and are available on the following dates:

- Thursday, February 26
- Friday, February 27
- Wednesday, March 11 (afternoon)
- Thursday, March 12
- Friday, March 13 (morning)

     This is Defendant Rivera's first request for an adjournment of this conference and should not impact any other scheduling deadlines. I thank the Court for its attention to this matter.

                      Respectfully submitted,

                      */s/ S. Cynthia Luo*
                      S. CYNTHIA LUO
                      Assistant Attorney General
                      212-416-8037
                      Cynthia.Luo@ag.ny.gov

cc:    All Counsel of Record
       (**via ECF**)

Application GRANTED.  The post-fact discovery pretrial conference previously scheduled for February 19, 2026, is hereby ADJOURNED to **March 13, 2026,** at 11:00 a.m.  As before, the conference will be telephonic.  At the scheduled time, the parties shall dial (855) 244-8681 and enter access code 2315 780 7370#.

The Clerk of Court is directed to terminate the pending motion at docket entry 50.

Dated:     February 10, 2026          SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE