Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

September 16, 2026

**MEMO ENDORSED**

**VIA ECF**

The Hon. Katherine Polk Failla
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Dawson v. Beebe, et al., Case No. 1:24-cv-01548-KPF**

Dear Judge Failla:

We represent Plaintiff Kiara Dawson ("Plaintiff" or "Ms. Dawson") in the above-referenced matter and write, with the consent of Defendants, to respectfully request a brief adjournment of the telephonic pre-motion conference currently scheduled for September 24, 2026, at 4:00 p.m., due to scheduling conflicts. See Dkt. No. 67. Counsel for the parties have conferred regarding alternative dates and are available on October 5 and October 6, 2026 between 11:00 a.m. and 3:30 p.m., with a preference for October 5, 2026, should that date be convenient for the Court. This is the parties' first request for an adjournment of this conference, and it will not affect any other scheduled dates in this matter.

We thank Your Honor for the time and attention to this matter.

Respectfully,

**JOSEPH & NORINSBERG, LLC**

By: ______________________

Kassandra Vazquez, Esq.
825 Third Ave., Suite 2100
New York, NY 10022
Tel.: (212) 227-5700
kassandra@employeejustice.com

cc: All Counsel of Record (via ECF)

Application GRANTED. The pre-motion conference previously scheduled for September 24, 2026, is hereby ADJOURNED to **October 6, 2026**, at **12:00 p.m.** As before, the conference will be telephonic. At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 69.

Dated: September 17, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE