**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
KIARA DAWSON,

Plaintiff,

-against-

CORRECTION OFFICER ALIEF A BEEBE, *et al.*,

Defendants.
---------------------------------------------------------------X

**24 Civ. No. 1548 (KPF)**

**PRE-SETTLEMENT CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Pre-Settlement Conference Call on **Friday, November 6, 2026 at 2:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 732 079 854#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

**SO ORDERED.**

DATED: New York, New York
October 23, 2026

Gary Stein
The Honorable Gary Stein
United States Magistrate Judge