**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

KIARA DAWSON,

Plaintiff,

-against-

CORRECTIONS OFFICER ALIEF A BEEBE, *et al.*,

Defendants.

---------------------------------------------------------------X

**24 Civ. No. 1548 (KPF)**

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

A video settlement conference in this matter is scheduled for **Friday, December 4, 2026 at 10:00 a.m.** by Microsoft Teams. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. As stated therein, the parties must submit *ex parte* settlement letters to the Court no later than **Monday, November 30, 2026.**

**SO ORDERED.**

DATED: New York, New York
November 6, 2026

The Honorable Gary Stein
United States Magistrate Judge